# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GWIN, JAMES S. | N.D. OHIO | 05/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, ACTIVE | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

CARL B. STOKES US COURT HOUSE
801 WEST SUPERIOR AVENUE
CLEVELAND, OH 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. At retirem | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM AND OHIO STATE TEACHERS RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Monthly | INTERNATIONAL BUSINESS MACHINES, INC., spouse pension |
| 2. | Monthly | HEIDRICK & STRUGGLES, Inc. salary, bonus, restricted stock |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Parker Hannifin Company | February 28, 2018 - March 3, 2018, flight to Montana with executive friend. | $1,300.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Goldman Sachs Financial Square Government Fund (FGTXX) | C | Int./Div. | M | T | | | | | |
| 2. IBM common stock (IBM) | A | Dividend | K | T | | | | | |
| 3. Berkshire Hathaway common stock (BRKA) | A | Dividend | N | T | | | | | |
| 4. Vanguard Total Stock Market Index Fund, tax deferred | E | Dividend | P1 | T | Buy (add'l) | 01/12/18 | K | | |
| 5. | | | | | Buy (add'l) | 01/16/18 | K | | |
| 6. Heidrick & Struggles Co., common stock, (HSII) | D | Dividend | O | T | Buy (add'l) | 03/09/18 | K | | |
| 7. Ohio Deferred Compensation LifePath 2035 | A | Dividend | N | T | | | | | |
| 8. Public Square Partners, LLC | E | Distribution | M | U | | | | | |
| 9. Vanguard Total Intl Stock Index Admiral (VTIAX) | D | Dividend | M | T | Buy (add'l) | 04/30/18 | L | | |
| 10. | | | | | Buy (add'l) | 06/05/18 | L | | |
| 11. | | | | | Buy (add'l) | 07/17/18 | L | | |
| 12. Ishares S&P Midcap 400 Growth Index Fund (IJK) | B | Dividend | M | T | | | | | |
| 13. iShares S&P Smallcap 600 Growth Index Fund (IJT) | B | Dividend | M | T | Buy (add'l) | 11/17/18 | J | | |
| 14. SPDR S&P MidCap 400 ETF (MDY) | C | Dividend | M | T | | | | | |
| 15. Vanguard FTSE Developed Markets Index Fund ETF Shares (VEA) (x) | D | Dividend | N | T | | | | | |
| 16. IQ Hedge Multi-Strategy Tracker ETF (QAI) | B | Dividend | N | T | | | | | |
| 17. iShares Core S&P Small-Cap (IJR) | C | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard REIT Index ETF (VNQ) | C | Dividend | L | T | | | | | |
| 19. iShares Core US Aggregate Bond ETF (AGG) | C | Dividend | M | T | | | | | |
| 20. iShares S&P 500 Growth (IVW) | D | Dividend | O | T | Buy (add'l) | 04/30/18 | J | | |
| 21. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 22. | | | | | Buy (add'l) | 07/17/18 | K | | |
| 23. | | | | | Buy (add'l) | 08/30/18 | M | | |
| 24. iShares S&P 500 Value (IVE) | E | Dividend | O | T | Buy (add'l) | 04/30/18 | M | | |
| 25. | | | | | Buy (add'l) | 06/05/18 | M | | |
| 26. | | | | | Buy (add'l) | 07/17/18 | M | | |
| 27. SPDR DoubleLine Total Return Tact ETF (TOTL) | A | Dividend | K | T | | | | | |
| 28. Vanguard FTSE Pacific ETF (VPL) | D | Dividend | M | T | | | | | |
| 29. Vanguard Target Retirement 2030 Inv (VTHRX) | E | Dividend | O | T | | | | | |
| 30. Vanguard Balanced Index Fund Admiral Shares (VBIAX) | D | Dividend | O | T | | | | | |
| 31. | | | | | | | | | |
| 32. Ames Iowa Community Schoold District Bonds (030825MG5) | A | Dividend | K | T | Buy | 10/12/18 | K | | |
| 33. Austin Texas Water & Wastewater System bonds (052476A32) | A | Int./Div. | K | T | Buy | 09/26/18 | K | | |
| 34. Brookville, Ohio Local School District Bond (114691FN3) | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bethlehem Pennsylvania Government Bonds (0873475M8) | B | Int./Div. | K | T | | | | | |
| 36. Bowling Green State University Ohio Bonds (102885JD3) | B | Int./Div. | K | T | | | | | |
| 37. California State Various Purpose Bonds (13063DAS7) | B | Int./Div. | K | T | | | | | |
| 38. Cincinnati Ohio Wtr Sys Rev Bond (172311MT6) | B | Int./Div. | K | T | | | | | |
| 39. Cincinnati Ohio Various Purpose Bond (172217A35) | B | Int./Div. | K | T | | | | | |
| 40. Cocoa Florida Wtr & SWR Rev. Bonds (191783EZ8) | A | Int./Div. | K | T | | | | | |
| 41. Connecticut St Spl Tax Oblig Rev Bds (207758XU2) | A | Int./Div. | K | T | Buy | 10/17/18 | K | | |
| 42. Cleveland, Ohio Water Revenue Bonds (186427EP1) | A | Int./Div. | K | T | | | | | |
| 43. Cuyahoga Community College Revenue Bonds (232393FJ2) | A | Int./Div. | K | T | Buy | 11/15/18 | K | | |
| 44. Du Page & Cook Cnty Cmnty Cons Sch. (262579SE6) | A | Int./Div. | K | T | Buy | 10/01/18 | K | | |
| 45. Fremont Ohio City School District Bonds (357568FW9) | A | Int./Div. | K | T | | | | | |
| 46. Hamilton County Ohio Sewar System Revenue Bonds (407288YM5) | B | Int./Div. | K | T | | | | | |
| 47. Harris Cnty Tex Metr Trans Auth (41422EHP1) | A | Int./Div. | K | T | Buy | 10/01/18 | K | | |
| 48. Harris Cnty Tex Trans. Auth (4140185U1) | A | Int./Div. | K | T | Buy | 10/01/18 | K | | |
| 49. Henry County GA Develop Author Bonds (426354AF3) | A | Int./Div. | K | T | Buy | 10/01/18 | K | | |
| 50. Holbrook Mass Sch. Bonds (434722JB0) | A | Int./Div. | K | T | Buy | 09/18/18 | K | | |
| 51. Hudson Ohio School District Impt Bds (444089BG1) | A | Int./Div. | K | T | Buy | 10/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hurst Bedford Texas Independent School District (447819ET6) | B | Int./Div. | K | T | | | | | |
| 53. Kentucky State Property & Bldgs Bonds (49151FWB2) | B | Int./Div. | K | T | | | | | |
| 54. Kettering Ohio City Sch Dist Ref Bds (492692QQ4) | A | Int./Div. | K | T | Buy | 09/25/18 | K | | |
| 55. Lake Orion Mich Community School District Bond (510336QZ6) | B | Int./Div. | K | T | | | | | |
| 56. Lakewood Ohio City School District Bond (512624RC3) | B | Int./Div. | K | T | | | | | |
| 57. Metropolitan Transn Auth N Y Rev Trans Bonds (59261AXC6) | A | Int./Div. | K | T | Buy | 10/03/18 | K | | |
| 58. Metropolitan Transportation Authority Revenue Bonds (59261ANG8) | B | Int./Div. | K | T | | | | | |
| 59. Michigan State Trunk Line Revenue Bonds (594695K72) | A | Int./Div. | J | T | Buy | 09/25/18 | K | | |
| 60. Miami Beach Florida Water & Sewer Revenue Bond (593241BK7) | A | Int./Div. | K | T | | | | | |
| 61. Miami Univ Ohio Gen Rcpts Rev Bonds (593791HE9) | A | Int./Div. | K | T | Buy | 10/24/18 | K | | |
| 62. New York State Dormitory Bonds (64990FAT1) | B | Int./Div. | K | T | | | | | |
| 63. North Royalton Ohio School District Bond (662055KA9) | B | Int./Div. | K | T | | | | | |
| 64. Ohio State Adult Correctional Bonds (677524CT5) | A | Int./Div. | K | T | | | | | |
| 65. Ohio State Adult Correctional Bonds (677524AU3) | A | Int./Div. | K | T | Buy | 09/10/18 | K | | |
| 66. Ohio State Cap FACS Lease Appropriation (677521W28) | A | Int./Div. | K | T | Buy | 09/10/18 | K | | |
| 67. Oshkosh Wisconsin Bond (68825WDY2) | B | Int./Div. | K | T | | | | | |
| 68. Phoenix AR, Civic Impr Bond (71883MGL1) | A | Int./Div. | K | T | Buy | 10/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Rocky River Ohio Various Purpose Bonds (774812MG3) | A | Int./Div. | K | T | | | | | |
| 70. Strongsville Ohio City School Bong (863387ME3) | B | Int./Div. | K | T | | | | | |
| 71. Texas St Tax and Rev Antip 2018 Bond (882724GP6) | A | Int./Div. | K | T | Buy | 11/05/18 | K | | |
| 72. Tulsa Oklahoma County Industrial Authority Bonds (899518FZ2) | B | Int./Div. | K | T | | | | | |
| 73. Virginia Commonwealth Transportation Board Bond (92778UBR0) | B | Int./Div. | K | T | | | | | |
| 74. St Louis MO Gen Fd Rev Tax and Rev Bond (79164MAY3) | A | Int./Div. | K | T | Buy | 10/09/18 | K | | |
| 75. Seattle Wash Mun Lt &Pwr Rev Bds (812643PA6) | A | Int./Div. | K | T | Buy | 11/14/18 | K | | |
| 76. Sidney Ohio City School District Bonds (826129EK0) | A | Int./Div. | K | T | | | | | |
| 77. University of Cincinnati Gen Rcpts Bds (914119B43) | A | Int./Div. | K | T | Buy | 10/24/18 | K | | |
| 78. Whitehall Ohio City Sch Dist Ult Sch Fac (965152LT6) | A | Int./Div. | K | T | Buy | 10/25/18 | K | | |
| 79. Wisconsin St Clean Wtr Rev Clean Wtr Rev Bds (977092UB9) | A | Int./Div. | K | T | Buy | 10/05/18 | K | | |
| 80. | | | | | | | | | |
| 81. T. Rowe Price Group, Inc. (TROW) (74144T107) (x) | A | Int./Div. | J | T | | | | | |
| 82. T. Rowe Price Instl Floating Rate Fund Class F (PFFRX) (x) | A | Dividend | J | T | | | | | |
| 83. S&P Global Inc. (SPGI) (x) | A | Dividend | | | Donated | | | | |
| 84. SPDR DoubleLine Total Return Tactical ETF (TOTL) (x) | A | Dividend | K | T | | | | | |
| 85. Energy Select Sector SPDR Fund (XLE) (x) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Financial Select Sector SPDR Fund (XLF) (x) | A | Dividend | J | T | | | | | |
| 87. Technology Select Sector SPDR Fund (XLK) (x) | A | Dividend | J | T | | | | | |
| 88. WisdomTree U.S. Quality Dividend Growth Fund (DGRW) (x) | A | Dividend | K | T | | | | | |
| 89. AbbVie Inc. (ABBV) (x) | | None | J | T | | | | | |
| 90. Alphabet Inc. (GOOGL) (x) | | None | | | Donated | | | | |
| 91. American Water Work (AWK) (x) | | None | | | Donated | | | | |
| 92. Amazon (AMZN) (x) | | None | | | Donated | | | | |
| 93. Amgen, Inc (AMGN) (x) | A | Dividend | | | Donated | | | | |
| 94. AT&T Inc. (T) (x) | A | Dividend | | | Donated | | | | |
| 95. Apple, Inc. (AAPL) (x) | | None | | | Donated | | | | |
| 96. Applied Materials, Inc. (AMAT) (x) | A | Dividend | | | Donated | | | | |
| 97. Automatic Data Processing, Inc. (ADP) (x) | | None | | | Donated | | | | |
| 98. Biogen Inc. (BIIB) (x) | | None | | | Donated | | | | |
| 99. CBRE Group, Inc. (CBRE) (x) | | None | J | T | | | | | |
| 100. Centene Corporation (CNC) (x) | | None | J | T | | | | | |
| 101. Cisco Systems, Inc. (CSCO) (x) | | None | J | T | | | | | |
| 102. Bank of New York Mellon Corp (BK) (x) | | None | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Baxter International, Inc. (BAX) (x) | | None | | | Donated | | | | |
| 104. Boeing Co. (BA) (x) | | None | | | Donated | | | | |
| 105. Borg Warner, Inc. (BWA) (x) | A | Dividend | | | Donated | | | | |
| 106. Burlington Stores (BURL) (x) | | None | | | Donated | | | | |
| 107. Celanese Corp. (CE) (x) | | None | J | T | | | | | |
| 108. CitiGroup, Inc. (C) (x) | | None | | | Donated | | | | |
| 109. Citizens Financial Group, Inc. (CFG) (x) | | None | | | Donated | | | | |
| 110. Comcast Corporation (CMCSA) (x) | | None | | | Donated | | | | |
| 111. ConocoPhillips (COP) (x) | | None | | | Donated | | | | |
| 112. Constellation Brands, Inc. (STZ) (x) | | None | | | Donated | | | | |
| 113. DowDuPont Inc. (DWDP) (x) | A | Dividend | J | T | | | | | |
| 114. Cummings, Inc. (CMI) (x) | A | Dividend | J | T | | | | | |
| 115. Eastman Chemical (EMN) (x) | | None | J | T | | | | | |
| 116. Exxon Mobil Corporation (XOM) (x) | | None | | | Donated | | | | |
| 117. Facebook, Inc. (FB) (x) | | None | | | Donated | | | | |
| 118. FedEx Corporation (FDX) (x) | | None | | | Donated | | | | |
| 119. Home Depot, Inc. (HD) (x) | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Intel Corp (Intc) (x) | | None | J | T | | | | | |
| 121. JPMorgan Chase & Co. (JPM) | | None | | | Donated | | | | |
| 122. Johnson & Johnson (JNJ) (x) | A | Dividend | | | Donated | | | | |
| 123. Kohl's Corporation (KSS) (x) | A | Dividend | J | T | | | | | |
| 124. McDonald's Corporation (MCD) (x) | A | Dividend | | | Donated | | | | |
| 125. Microsoft Corporation (MSFT) (x) | A | Dividend | | | Donated | | | | |
| 126. Morgan Stanley (MS) (x) | | None | | | Donated | | | | |
| 127. NextEra Energy, Inc. (NEE) (x) | A | Dividend | | | Donated | | | | |
| 128. Northrop Grumman Corporation (NOC) (x) | | None | | | Donated | | | | |
| 129. Occidental Petroleum Corporation (OXY) (x) | | None | J | T | | | | | |
| 130. PepsiCo, Inc. (PEP) (x) | | None | J | T | | | | | |
| 131. Pfizer Inc. (PFE) (x) | | None | | | Donated | | | | |
| 132. Raytheon Company (RTN) (x) | | None | | | Donated | | | | |
| 133. Royal Caribbean Cruises Ltd. (RCL) (x) | | None | | | Donated | | | | |
| 134. Royal Dutch Shell plc (RDSA.AS) (x) | A | Dividend | | | Donated | | | | |
| 135. State Street Corporation (STT) (x) | | None | | | Donated | | | | |
| 136. SunTrust Banks, Inc. (STI) (x) | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. T-Mobile US, Inc. (TMUS) (x) | | None | | | Donated | | | | |
| 138. Texas Instruments Incorporated (TXN) (x) | | None | | | Donated | | | | |
| 139. Tyson Foods, Inc. (TSN) (x) | A | Dividend | | | Donated | | | | |
| 140. United Rentals, Inc. (URI) (x) | | None | | | Donated | | | | |
| 141. UnitedHealth Group Incorporated (UNH) (x) | A | Dividend | | | Donated | | | | |
| 142. Visa Inc. (V) (x) | A | Dividend | | | Donated | | | | |
| 143. WEC Energy Group, Inc. (WEC) (x) | | None | | | Donated | | | | |
| 144. TE Connectivity Ltd. (TEL) (x) | A | Dividend | J | T | | | | | |
| 145. Waste Management, Inc. (WM) (x) | A | Dividend | J | T | | | | | |
| 146. | | | | | | | | | |
| 147. iShares Tips Bond ETF (TIP) (x) | A | Dividend | J | T | | | | | |
| 148. iShares Core S&P 500 ETF (IVV) (x) | A | Dividend | J | T | | | | | |
| 149. iShares Core US Aggregate Bond ETF (AGG) (x) | C | Int./Div. | M | T | | | | | |
| 150. iShares Trust MSCI Eerging Markets ETF (EEM) (x) | A | Dividend | J | T | | | | | |
| 151. IShares MSCI EAFE ETF (EFA) (x) | A | Dividend | J | T | | | | | |
| 152. iShares Trust MidCap ETF (IWR) (x) | A | Dividend | J | T | | | | | |
| 153. iShares Core S&P Mid-Cap ETF (UH) (x) | A | Dividend | K | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | | |
| | U =Book Value | V =Other | W =Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares Russell 1000 ETF (IWB) (x) | A | Dividend | J | T | | | | | |
| 155. iShares S&P Mid-Cap 400 Value ETF (IJJ) (x) | A | Dividend | J | T | | | | | |
| 156. iShares S&P Small-Cap 600 Value ETF (IJS) (x) | A | Dividend | J | T | | | | | |
| 157. iShares MSCI EAFE Small-Cap ETF (SCZ) (x) | A | Dividend | J | T | | | | | |
| 158. iShares National Muni Bond ETF (MUB) (x) | A | Dividend | J | T | | | | | |
| 159. iShares MSCI EAFE Value ETF (EFV) (x) | A | Dividend | J | T | | | | | |
| 160. iShares MSCI EAFE Growth ETF (EFG) (x) | A | Dividend | J | T | | | | | |
| 161. iShares Floating Rate Bond ETF (FLOT) (x) | A | Int./Div. | L | T | | | | | |
| 162. iShares Edge MSCI USA Quality Factor ETF (QUAL) (x) | A | Dividend | K | T | | | | | |
| 163. iShares Edge MSCI USA Value Factor ETF (VLUE) (x) | A | Dividend | K | T | | | | | |
| 164. iShares Edge MSCI USA Momentum Factor ETF (MTUM) (x) | A | Dividend | J | T | | | | | |
| 165. iShares Core MSCI EAFE ETF (IEFA) (x) | A | Dividend | K | T | | | | | |
| 166. iShares Core MSCI Emerging Markets ETF (IEMG) (x) | A | Dividend | J | T | | | | | |
| 167. TOTAL S.A. (TOT) (x) | A | Dividend | | | Donated | | | | |
| 168. Vanguard FTSE All-World ex-US Index Fund ETF Shares (VEU) (x) | A | Dividend | J | T | | | | | |
| 169. Vanguard Intermediate-Term Tax-Exempt Fund Admiral Shares (VWIUX) (x) | A | Dividend | J | T | | | | | |
| 170. Vanguard Limited-Term Tax-Exempt Fund Admiral Shares (VMLUX) (x) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Total Stock Market Index Fund ETF Shares (VTI) (x) | A | Dividend | J | T | | | | | |
| 172. Vanguard Short-Term Treasury Index Fund Institutional Shares (VSBIX) ( | A | Dividend | J | T | | | | | |
| 173. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding the investment in the Vanguard Fund, this investment is made through an employer 401 plan sponsored at my wife's employer. The yearly statutory maximum is met in the first quarter although we do not know the exact dates of purchase.

Regarding Goldman Sachs Financial Square Government Fund (FGTXX), this fund is used as a money market account with intermittent deposits and withdrawls.

Regarding the flight shown in Part V, this was an estimated cost using business class airfare charges.

Investments listed in  Part VIII, lines 81 - 172  were received in inheritence.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES S. GWIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544